**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00325-JLK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JAMES MURRAY, JR.,

       Defendant.

---

ORDER CONTINUING SUPERVISION AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

---

       This matter is before the Court upon report of the probation officer that the Defendant violated the conditions of his supervised release.  At a Supervised Release Violation Hearing on March 5, 2015, the defendant admitted to violations 1 and 2.  It is hereby,

       ORDERED that the Defendant is continued on supervised release with all conditions and special conditions as previously imposed by the Court.  It is

       FURTHER ORDERED that the Defendant's conditions of supervised release be modified to include the following:

       The defendant shall reside in a residential reentry center (RRC), for a period of up to 6 months, to commence within 45 days upon release from the custody of the Bureau of Prisons, and shall observe the rules of that facility.  The defendant may be released from the RRC early with the advance permission of his probation officer if he secures a suitable residence.

       The defendant's surrender date to a treatment facility/program is stayed until he is ordered to report to the residential reentry center (RRC).  The stay shall not be longer than 45 days.  During this stay, the defendant shall report, as directed by the supervising probation officer, to take UA's, blood tests, or breathalyzers.  Defendant shall have absolutely no intoxicants, or drugs of any kind during this 45 day period.

       DATED at Denver, Colorado, this 9th day of March, 2015.

                                       BY THE COURT:

                                       ***s/John L. Kane*** _____
                                       Senior United States District Judge